Submitted on petition for review November 12, 1982, petition allowed, remanded to
Court of Appeals for reconsideration July 26, 1983

In the Matter of the Marriage of

SANDS,
*Respondent on Review,*

*and*

SANDS,
*Petitioner on Review.*

(TC D8004-63516, CA A21468, SC 29078)

666 P2d 834

Jerold L. Billings, Portland, filed the petition for review in the Supreme Court, having also argued the cause and filed the brief in the Court of Appeals.

Ira L. Gottlieb, Portland, argued the cause in the Court of Appeals. With him on the brief for the Court of Appeals was Ron D. Bailey, Portland.

## MEMORANDUM OPINION

We withheld reaching a decision on the Petition for Review in this case pending our decision in *Booras v. Uyeda,* 295 Or 181, 666 P2d 791 (1983). In *Booras, supra,* at 188-89, we said:

> "It is well established that when a plaintiff appeals from a judgment in plaintiff's favor contending that on *de novo* review he or she is entitled to additional or other relief, if a defendant does not cross-appeal the appellate court 'may not render a judgment or decree more favorable to [defendant] and less favorable to plaintiff than was the decree entered below.' *Gas-Ice Corporation v. Newbern,* 263 Or 227, 234, 501 P2d 1288 (1972). *See also* Annot., 63 L Ed 2d 911 (1981)."

We conclude that the general principle discussed in *Booras, supra,* requires that we allow the Petition and remand to the Court of Appeals for reconsideration in light thereof and in respect of our discussion in footnote 6, page 191.

Petition allowed; case remanded to the Court of Appeals for reconsideration.